

**IT IS ORDERED as set forth below:**

**Date: March 8, 2017**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| In re: | | CASE NUMBER: |
|---|---|---|
| **SHAUNDEE ALEAN HOLT**, | | **17-50871-PMB** |
| Debtor. | | CHAPTER 13 |

## ORDER EXTENDING TIME TO PAY
## SECOND AND THIRD INSTALLMENTS OF THE CHAPTER 13 FILING FEE

On March 6, 2017, the Debtor filed a *Motion to Extend Time to Pay Filing Fee Installments* (Docket No. 25) (the "Motion"). The second installment of the Chapter 13 filing fee totaled one hundred and seventeen dollars and fifty cents ($117.50) (the "Second Installment"), and was due on February 16, 2017 (Docket No. 8). The third installment of the Chapter 13 filing fee also totals one hundred and seventeen dollars and fifty cents ($117.50) (the "Third Installment"), and is due on March 20, 2017. When the Second Installment was not timely paid, the Court issued a deficiency notice, setting a new deadline of March 7, 2017 (Docket No. 21). In the Motion, the Debtor requested the deadline to pay the Second Installment be extended to March 24, 2017 and

the deadline to pay the Third Installment be extended to April 7, 2017. However, payment of the Second Installment and the Third Installment must be completed prior to the scheduled hearing on confirmation of the Debtor's proposed plan of reorganization, currently scheduled for April 6, 2017.

Accordingly, it is

**ORDERED** that the Motion is **GRANTED** as follows: The deadline for the Debtor to pay the Second Installment is **EXTENDED TO March 24, 2017**, and the deadline for the Debtor to pay the Third Installment is **EXTENDED TO April 5, 2017**.

Failure to pay the Second Installment timely or the Third Installment timely will constitute cause warranting dismissal of the above-styled case without further notice or opportunity for a hearing.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for the Debtor, the Chapter 13 Trustee, and the United States Trustee.

**[END OF DOCUMENT]**